IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

Plaintiff(s),

v.

KATHLEEN FRANKLIN, C.N.M., et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiff's Motion for Protective Order (docket no.83) is MOOT and therefore DENIED. The reports prepared by Dr. Bradford Miller and Dr. Eva Sujansky were sent to Plaintiff's counsel on August 9 and August 11, 2005, respectfully.

    It is FURTHER ORDERED that the Plaintiff's deposition set to take place in Denver on September 6, 7, 8 or 9, 2005, shall go forward as previously set by the parties. The Plaintiff will be deposed before any of the Defendants as per the Amended Rule 16 Scheduling Order.

Date:  August 26, 2005