IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

Plaintiff(s),

v.

KATHLEEN FRANKLIN, C.N.M., et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Paul Cohen M.D.'s Motion for Appointment of Legal Representative for Minor Plaintiff, Almir Trejo (docket no. 86), Defendants Kathleen Franklin, C.N.M., Margaret Willet, C.N.M. and Rocky Mountain Midwives' Joinder in Defendant Paul Cohen, M.D.'s Motion for Appointment of Legal Representative for Minor Plaintiff, Almir Trejo (docket no. 88), and Defendant People's Clinic's Joinder in Dr. Cohen's Motion for Appointment of Legal Representative (docket no. 90) are all DENIED WITHOUT PREJUDICE at this time.

Defendants' basis as to why a Legal Representative should be appointed is without merit, at this stage of the litigation, since a lawsuit has been filed on behalf of the minor child, Almir Trejo, through his biological mother, Leticia Trejo, as next friend and natural guardian and therefore the issue concerning the statute of limitations is moot. It may be necessary to have a probate court, in the future, who has jurisdiction over the minor child, Almir Trejo, to appoint a guardian or a conservator or both if this case is settled or if a verdict is entered in favor of the Plaintiff following trial on merits.

Date: August 26, 2005