IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

Plaintiff(s),

v.

KATHLEEN FRANKLIN, C.N.M., et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Withdraw and Substitution of Counsel for Margaret Willett, C.N.M. and Rocky Mountain Midwives, filed with the Court on August 26, 2005, is GRANTED. Aaron P. Bradford of the law firm of Pryor Carney Karr Nixon P.C is withdrawn as counsel for above named defendants. Steve Mullen, of the law firm of Retherford Mullen Johnson & Bruce LLC is entered as counsel for Margaret Willett, C.N.M. and Rocky Mountain Midwives, and shall receive notification of all future pleadings filed in this action.

Date: August 26, 2005