IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

Plaintiff(s),

v.

KATHLEEN FRANKLIN, C.N.M., et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Amend/Correct/Modify Scheduling Order (docket no. 110) is GRANTED. The Amended Joint Modified Scheduling Order is approved and accepted for filing.

Date: October 11, 2005