**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

    Plaintiffs,

v.

KATHLEEN FRANKLIN, C.N.M.,
MARGARET WILLETT, C.N.M.,
ROCKY MOUNTAIN MIDWIVES,
PEOPLE'S CLINIC,
THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL,
PELHAM STAPLES, M.D., and
PAUL COHEN, M.D.,

    Defendants.

---

**ORDER OF DISMISSAL
AS TO DEFENDANT PEOPLE'S CLINIC ONLY**

---

**Blackburn, J.**

On March 20, 2006, the parties filed a **Stipulation to Dismiss With Prejudice Claims Against Defendant People's Clinic** [#145]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against People's Clinic should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation to Dismiss With Prejudice Claims Against Defendant People's Clinic** [#145], filed March 20, 2006, is **APPROVED**;

2. That plaintiff's claims against defendant People's Clinic are **DISMISSED**

**WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendant, People's Clinic, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated March 21, 2006, at Denver, Colorado.

          **BY THE COURT:**

          **s/ Robert E. Blackburn**
          **Robert E. Blackburn**
          **United States District Judge**