IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

Plaintiff,

v.

KATHLEEN FRANKLIN, C.N.M., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that the Joinder in Motion to Quash and Motion for Protective Order filed by Dr. Lewis, which was filed by Karin Graff, M.D. (Docket No. 181), as supplemented by Docket No. 186, is **granted**, for the reasons stated in this court's Order filed on June 6, 2006 (Docket No. 192).

Date: June 6, 2006