**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

     Plaintiffs,

v.

KATHLEEN FRANKLIN, C.N.M.,
MARGARET WILLETT, C.N.M.,
ROCKY MOUNTAIN MIDWIVES,
PELHAM STAPLES, M.D., and
PAUL COHEN, M.D.,
THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY
HOSPITAL, and
RENEE HUBER, R.N.

     Defendants.

## ORDER DENYING AS MOOT DEFENDANT
## PAUL COHEN, M.D.'S MOTION FOR SUMMARY JUDGMENT

**Blackburn, J.**

The matter before me is **Defendant Paul Cohen, M.D.'s Motion for Summary Judgment** [#197], filed June 14, 2006.  The motion is premised on the contention that plaintiff failed to timely designate expert witnesses.  However, shortly after the motion was filed, the magistrate judge extended the applicable deadline until July 18, 2006.  (*See* **Order Regarding Plaintiff's Motion for Clarification and Reconsideration of June 6, 2006 Order Addressing the Motion to Quash Filed by Deponent Paul Lewis, M.D. (Docket No. 198)** at 3 [#210], filed June 28, 2006.)  Defendant's motion is, therefore, moot, and must be denied.

2

**THEREFORE, IT IS ORDERED** that **Defendant Paul Cohen, M.D.'s Motion for Summary Judgment** [#197], filed June 14, 2006, is **DENIED AS MOOT**.

Dated July 10, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge