**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

    Plaintiffs,

v.

KATHLEEN FRANKLIN, C.N.M.,
MARGARET WILLETT, C.N.M.,
ROCKY MOUNTAIN MIDWIVES,
THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL,
PELHAM STAPLES, M.D., and
PAUL COHEN, M.D.,

    Defendants.

## ORDER OF DISMISSAL DEFENDANT
## PAUL COHEN, M.D.

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal with Prejudice of Defendant Paul Cohen, M.D.** [#249], filed August 9, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant Paul Cohen, M.D. should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. **Stipulation for Dismissal with Prejudice of Defendant Paul Cohen, M.D.** [#249], filed August 9, 2006, is **APPROVED**;

2. That plaintiff's claims against defendant Paul Cohen, M.D. **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendant, Paul Cohen, M.D., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated August 9, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**