**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

    Plaintiffs,

v.

KATHLEEN FRANKLIN, C.N.M.,
MARGARET WILLETT, C.N.M.,
ROCKY MOUNTAIN MIDWIVES,
THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL, and
PELHAM STAPLES, M.D.,

    Defendants.

---

**ORDER**

---

**Blackburn, J.**

    The matter before me is the **Stipulated Motion to Dismiss Plaintiff's Claim for Lack of Informed Consent Including the Second, Fourth and Seventh Claims for Relief in the First Amended Complaint** [#256], filed August 30, 2006.  After careful review of the motion and the file, the court has concluded that the motion should be granted and, accordingly, that plaintiffs' claims for relief involving lack of informed consent, including the Second, Fourth, and Seventh claims in the First Amended Complaint [#256] , should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion to Dismiss Plaintiff's Claim for Lack of Informed Consent Including the Second, Fourth and Seventh Claims for Relief in**

**the First Amended Complaint** [#256], filed August 30, 2006, is **GRANTED**; and

2.  That plaintiffs' claims involving lack of informed consent, including the Second, Fourth, and Seventh claims for relief in First Amended Complaint [#256], are **DISMISSED**, with the parties to pay their own attorney fees and costs.

Dated August 31, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**