IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02523-REB-MJW

LETICIA TREJO, as parent and next friend of ALMIR TREJO, a minor,

    Plaintiff,

v.

KATHLEEN FRANKLIN, C.N.M.,
MARGARET WILLETT, C.N.M.,
ROCKY MOUNTAIN MIDWIVES,
PELHAM STAPLES, M.D.,
PAUL COHEN, M.D.,
BOULDER COMMUNITY HOSPITAL, and
RENE HUBER, R.N.,

    Defendants.

## ORDER REGARDING
## COURT-ORDERED DEPOSITIONS AND DISCOVERY DEADLINE FOR
## COMPLETION OF SUCH DEPOSITIONS

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

    Following a hearing with counsel on September 22, 2006, it is hereby

**ORDERED** that the following depositions shall take place as set forth below:

    Dr. Lawrence Majovski - 9/25/06 at 2:00 p.m.

    Dr. Leslie Iffy - 9/26/06 at 2:00 p.m.

    Dr. Anthony DeSalvo - 9/27/06 at 1:00 p.m.

2

Ms. Judith Mercer - 9/28/06 at 8:00 a.m.

Joyce Roberts, C.N.M. - 10/9/06 at 9:00 a.m.

Barbara Hughes, C.N.M. - 10/10/06 at 9:00 a.m.

Susan Ljunghag, M.D. - 10/11/06 at 9:00 a.m.

Linda Chagnon, R.N. - 10/5/06 at 8:00 or 9:00 a.m. upon agreement of counsel in Washington

Lisa Krosky, R.N. - 10/19/06 at 9:00 a.m.

Pam Kelly, C.N.M. - 10/7/06 at 8:00 a.m. unless the parties stipulate otherwise

Dr. Edith Gurewitsch - 10/3/06 at 9:00 a.m.

Helen Woodard - 10/13/06 at 7:00 a.m.

Dr. Patricia Pacey - 10/13/06 at 1:00 p.m.

Dr. Roy and Dr. Blasco - 10/22/06 at 9:00 in Portland, Oregon

Dr. Yuwono and Dr. Al-Mateen - 10/21/06 at 2:00 p.m. in Seattle hotel conference room

Dr. Robert Wall - 10/17/06 at 9:00 a.m.

Carol Murphy, R.N. - 10/6/06 at 9:00 a.m. Mountain Time by video conference

Sue Mahley, R.N. - 10/30/06 at 9:00 a.m. at the Marriott at the Kansas City Airport

Dr. Richard Molteni - 10/21/06 at 6:00 a.m. to 12 noon Pacific Time in a Seattle hotel conference room, unless the parties agree to a different start time

Dr. Kent Heyborne - 10/18/06 at 7:00 a.m. in Denver

Dr. R. Weslie Tyson - 10/19/06 at 4:30 p.m. in Denver

Dr. Albert Haverkamp - Mr. Kresl is to ascertain available deposition dates by 10/6/06.  If counsel cannot reach an agreement as to a deposition date and time, they shall submit the available dates to the court.

3

Dr. Stephen Glass - 10/28/06 at 9:00 Pacific Time in Seattle

It is further **ORDERED** that discovery is extended up to and including October 31, 2006, for the limited purpose of completing the depositions as outlined in this Order.

Done this 22nd day of September 2006.

                BY THE COURT

                s/ Michael J. Watanabe
                Michael J. Watanabe
                U.S. Magistrate Judge