**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

    Plaintiffs,

v.

KATHLEEN FRANKLIN, C.N.M.,
MARGARET WILLETT, C.N.M.,
ROCKY MOUNTAIN MIDWIVES,
THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL, and
PELHAM STAPLES, M.D.,

    Defendants.

---

### MINUTE ORDER[1]

    The matter before the court is **Plaintiff's Motion for Relief From March 12, 2007 Minute Order Striking Plaintiff's Reply in Support of Motion to Compel Documents for Failure to Comply with Reb Civ. Practice Standard V.B.1 and Request for Leave to File Out of Time Pursuant to Fed.R.Civ.P. 6(b)** [#369], filed March 13, 2007.  Said motion is **GRANTED**, and **Plaintiff's Reply to Defendant Boulder Community Hospital's and Renee Huber, R.N.'s Response to Motion to Compel Documents Claimed as Privileged** [#370], and **Plaintiff's Reply to Defendant Pelham Staples, M.D.'s Response to Plaintiff's Motion to Compel Documents Claimed as Privileged** [#371], both filed March 13, 2007 are accepted for filing.

Dated:  March 15, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.