**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

    Plaintiffs,

v.

KATHLEEN FRANKLIN, C.N.M.,
MARGARET WILLETT, C.N.M.,
ROCKY MOUNTAIN MIDWIVES,
THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL,
PELHAM STAPLES, M.D., and
RENEE HUBER, R.N.,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT RENE DUNNE, R.N. ONLY

**Blackburn, J.**

The matter comes before the court on the **Stipulated Motion to Dismiss Without Prejudice as to Plaintiff's Claims Against Rene Dunne, R.N., Only** [#375], filed April 24, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's claims against defendant Rene Dunne, R.N., incorrectly identified in the caption as Renee Huber, R.N., should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Without Prejudice as to Plaintiff's Claims Against Rene Dunne, R.N., Only** [#375], filed April 24, 2007, is **GRANTED**;

     2.  That plaintiff's claims against defendant Rene Dunne, R.N., incorrectly identified in the caption as Renee Huber, R.N., **ARE DISMISSED WITH PREJUDICE**; and

     3.  That defendant Rene Dunne, R.N., incorrectly identified in the caption as Renee Huber, R.N., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

     Dated April 25, 2007, at Denver, Colorado.

                             **BY THE COURT:**

                             **s/ Robert E. Blackburn**
                             **Robert E. Blackburn**
                             **United States District Judge**