**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

      Plaintiffs,

v.

KATHLEEN FRANKLIN, C.N.M.,
MARGARET WILLETT, C.N.M.,
ROCKY MOUNTAIN MIDWIVES,
THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL, and
PELHAM STAPLES, M.D.,

      Defendants.

**MINUTE ORDER**[1]

This matter is before the court on **Defendant Kathleen Franklin, C.N.M.'s Motion to Strike Unendorsed Opinions of Lawrence V. Majovski, Ph.D.** [#327], filed October 13, 2006, and **Hospital Defendants' Joinder in Kathleen Franklin's Motion to Strike Unendorsed Opinions of Lawrence V. Majovski, Ph.D.** [#345], filed October 26, 2006. Both motions are **DENIED** as moot in accordance to the parties **Status Report** [#391], filed July 23, 2007.

      Dated: July 26, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.