**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

    Plaintiffs,

v.

KATHLEEN FRANKLIN, C.N.M.,
MARGARET WILLETT, C.N.M.,
ROCKY MOUNTAIN MIDWIVES,
THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL, and
PELHAM STAPLES, M.D.,

    Defendants.

## MINUTE ORDER[1]

    The court is in receipt of **Plaintiff's Status Report** [#391], filed July 23, 2007. Therein, plaintiff identifies the motions that remain ripe for adjudication is this matter. (*See id*. at 2-3 ¶ ¶ 3-5.) **Plaintiff's Motion Concerning Rebuttal Expert Endorsement Schedule** [#334], filed October 25, 2006, is not included among the listing of motions that remain pending and viable.

    **THEREFORE, IT IS ORDERED** that **Plaintiff's Motion Concerning Rebuttal Expert Endorsement Schedule** [#334], filed October 25, 2006, is **DENIED AS MOOT**.

    Dated: August 2, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.