IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

Plaintiff,

v.

KATHLEEN FRANKLIN, C.N.M., et al.,

Defendants.

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant Pelham Staples, M.D.'s Motion for Leave of Court to Attend August 10, 2007 Settlement Conference by Phone (Docket No. 402) is GRANTED.  Dr. Staples shall be available by telephone during the settlement conference which is set on August 10, 2007, at 11:00 a.m.

Date:  August 3, 2007

2