IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02523-REB-MJW

LETICIA TREJO, As Parent and Next Friend of ALMIR TREJO, A Minor,

       Plaintiff,

vs.

KATHLEEN FRANKLIN, C.N.M.,
MARGARET WILLETT, C.N.M.,
ROCKY MOUNTAIN MIDWIVES,
PELHAM STAPLES, M.D., and
THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY
HOSPITAL

       Defendants.

---

**ORDER RE: PLAINTIFF'S MOTION FOR LEAVE OF COURT TO ATTEND AUGUST 10, 2007 SETTLEMENT CONFRENCE BY TELEPHONE**
( Docket No. 410 )

---

THIS MATTER having come before the Court on Plaintiff's Motion for Leave of Court to Attend August 10, 2007 Settlement Conference by Telephone, and the Court having reviewed the Motion and finding good cause, hereby grants the requested relief.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff Leticia Trejo and the Court-appointed Guardian *Ad Litem*, Michael Smith, are authorized to participate in the Settlement Conference scheduled for Friday, August 10, 2007 by telephone rather than attending in person.

By: *[signature]* 8-7-07
THE COURT

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**