**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

     Plaintiffs,

v.

KATHLEEN FRANKLIN, C.N.M.,
MARGARET WILLETT, C.N.M.,
ROCKY MOUNTAIN MIDWIVES,
THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY
HOSPITAL, and
PELHAM STAPLES, M.D.,

     Defendants.

---

**MINUTE  ORDER[1]**

---

The matter comes before the court on **Plaintiff's Motion to Preclude Opinion Testimony of Witness Identified in Defendant Pelham Staples, M.D.'s Third Supplemental Fed.R.Civ.P. 26(a)(1) Disclosures Filed on June 11, 2007** [#407], filed August 3, 2007.  The motion is **DENIED** without prejudice.  The matters raised by and inherent to the motion can be adequately addressed, if they arise, at trial.

     Dated:  August 7, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.