**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 04-cv-02523-REB-MJW

LETICIA TREJO, As Parent and Next Friend of ALMIR TREJO, A Minor,

    Plaintiff,

v.

PELHAM STAPLES, M.D.,

    Defendant.

**ORDER APPROVING JUROR QUESTIONNAIRE**

**Blackburn, J.**

    Attached is a **Juror Questionnaire** approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated August 22, 2007, at Denver, Colorado.

    **BY THE COURT:**

    **s/ Robert E. Blackburn**
    **Robert E. Blackburn**
    **United States District Judge**