**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

    Plaintiffs,

v.

PELHAM STAPLES, M.D.,

    Defendant.

**MINUTE ORDER**[1]

The matter comes before the court on **Defendant Pelham Staples, M.D.'s Motion for Order To Transport Trial Exhibits and Evidence Through Court House Security** [#426], filed August 22, 2007. Having determined that the items specified and enumerated in the motion are reasonably necessary for trial,

    **IT IS ORDERED** as follows:

    1. That **Defendant Pelham Staples, M.D.'s Motion for Order To Transport Trial Exhibits and Evidence Through Court House Security** [#426], filed August 22, 2007, is **GRANTED**;

    2. That for the limited and specific purposes of trial, counsel for defendant Pelham Staples, M.D. **ARE AUTHORIZED** to use within the Alfred A. Arraj United States Courthouse the following items with which they may enter and exit the courthouse:

    1.    Umbilical cord clamps;
    2.    Surgical forceps;
    3.    Obstetrical scissors;
    4.    Bag mask (used for neonatal resuscitation);
    5.    Laryngoscope with endotracheal blades (used for intubation and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

        resuscitation);
6. Two pediatric endotracheal tubes (used for intubation and resuscitation);
7. Stethoscope (used during intubation and for assessment of endotracheal tube placement);
8. Medical gown;
9. Latex/rubber medical gloves;
10. A baby/umbilical cord/placenta model (model made of cloth and rubber for demonstration of medical conditions involved in the case);
11. An umbilical cord (marked "biohazard" and hermetically sealed so that it is airtight and no contamination is possible);
12. A placenta (marked "biohazard" and hermetically sealed so that it is airtight and no contamination is possible);
13. Microscope and glass pathology slides;
14. Anatomical plastic pelvis model;
15. A radiology view box;
16. Extension cords (to plug into radiology view box);
17. Large story board exhibits; and
18. A cart on which to place models and demonstrative exhibits during testimony.

Dated: August 22, 2007