# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

    Plaintiffs,

v.

PELHAM STAPLES, M.D.,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on **Plaintiff's Motion for Order To Transport Trial Materials Through Courthouse Security** [#428], filed August 22, 2007. Having determined that the items specified and enumerated in the motion are reasonably necessary for trial,

**IT IS ORDERED** as follows:

1. That **Plaintiff's Motion for Order To Transport Trial Materials Through Courthouse Security** [#428], filed August 22, 2007, is **GRANTED**;

2. That for the limited and specific purposes of trial, counsel for plaintiff Leticia Trejo **ARE AUTHORIZED** to use within the Alfred A. Arraj United States Courthouse the following items with which they may enter and exit the courthouse:

    1.    Two carts/dollies to transport numerous boxes and trial exhibits;
    2.    An x-ray view box;
    3.    A screwdriver, wrench and scissors;
    4.    An easel; and
    5.    Various large poster boards, numerous boxes containing the case file and volumes of records.

Dated: August 23, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.