**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

    Plaintiffs,

v.

PELHAM STAPLES, M.D.,

    Defendant.

**ORDER RE: PLAINTIFF'S REQUEST FOR RULINGS ON
OBJECTIONS IN THE DEPOSITION OF DR. ROBERT L. COOPER**

**Blackburn, J.**

The matter before me is **Plaintiff's Request for Rulings on Objections in the Deposition of Dr. Robert L. Cooper** [#429], filed August 22, 2007. In an earlier paper, plaintiff cross-designated portions of Dr. Cooper's deposition testimony for presentation at trial. (*See* **Plaintiff's Cross-Designations of Dr. Robert L. Cooper's Deposition** [#411], filed August 6, 2007.) Plaintiff seeks my ruling on various objections within those cross-designations.

I note that plaintiff has done no more in this motion than designate testimony by page and line; she does not specify the basis for any objection to such testimony. A number of her designations involve testimony as to which no objection was raised at the deposition. As to these designations, all objections other than competence of the

witness or relevance of the testimony have been waived.[1] **FED.R.CIV.P. 32(d)(3)(A) & (B)**; *see also* **FED.R.EVID. 103(a)(1)** (party making an objection must state the specific ground therefore unless it is otherwise apparent from the context).  A few of plaintiff's designations do not even incorporate testimony, but refer rather to the court reporter's notations indicating which attorney was asking the question.

Given those limitations, I rule on the objections as follows:

| Reference # | Page:line | Objection | Ruling |
|---|---|---|---|
| 1. | 72:18 | Form [leading] | Overruled |
| 2. | 73:19 | None | No ruling possible |
| 3. | 79:8-9 | a) Form<br>b) Foundation<br>c) Misstates the record | a) Overruled<br>b) Overruled<br>c) Sustained |
| 4. | 79:20[2] | a) Form<br>b) Foundation | a) Overruled<br>b) Overruled |
| 5. | 81:1 | None | No ruling possible |
| 6. | 81:15[3] | a) Form<br>b) Foundation | a) Overruled<br>b) Overruled |
| 7. | 81:21 | a) Form<br>b) Foundation | a) Overruled<br>b) Overruled |
| 8. | 82:9 | None | No ruling possible |
| 9. | 83:15 | Foundation | Overruled |
| 10. | 83:23 | Foundation | Overruled |

---

[1] Although I am neither required nor inclined to supply plaintiff with a rationale for her objections, where possible and within reason, I have given plaintiff the benefit of the doubt by incorporating objections in reasonable proximity to the designated page and line.

[2] The designation is actually to the court reporter's notation "BY MR. HENSEN."

[3] Again, the designated line is simply the court reporter's notation 'BY MR. HENSEN."

| 11. | 84:15  | None                     | No ruling possible         |
|-----|--------|--------------------------|----------------------------|
| 12. | 88:5   | None                     | No ruling possible         |
| 13. | 101:13 | None                     | No ruling possible         |
| 14. | 101:21 | a) Form<br>b) Foundation | a) Overruled<br>b) Overruled |
| 15. | 102:15 | None                     | No ruling possible         |
| 16. | 103:14 | None                     | No ruling possible         |
| 17. | 104:22 | a) Form<br>b) Foundation | a) Overruled<br>b) Sustained |
| 18. | 136:9  | None                     | No ruling possible         |

**THEREFORE, IT IS ORDERED** that **Plaintiff's Request for Rulings on Objections in the Deposition of Dr. Robert L. Cooper** [#429], filed August 22, 2007, is **GRANTED IN PART** and **DENIED IN PART** as set forth in this order.

Dated August 23, 2007, at Denver, Colorado.

           **BY THE COURT:**

           **s/ Robert E. Blackburn**
           **Robert E. Blackburn**
           **United States District Judge**