**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

    Plaintiffs,

v.

PELHAM STAPLES, M.D.,

    Defendant.

**ORDER RE: PLAINTIFF'S REQUEST FOR RULINGS ON
OBJECTIONS IN THE PRESERVATION TESTIMONY OF HELEN WOODARD**

**Blackburn, J.**

The matter before me is **Plaintiff's Request for Rulings on Objections in the Preservation Testimony of Helen Woodard** [#438], filed August 24, 2007. I rule on plaintiff's objections as follows:

| Reference # | Page:line[1] | Objection | Ruling |
|---|---|---|---|
| 1. | 89:5-6 | Misstates testimony | Overruled |
| 2. | 94:22 - 95:1 | Vague as to time frame | Overruled |
| 3. | 100:25 | Vague as to time frame | Overruled |
| 4. | 105:18-19 | Argumentative | Overruled |
| 5. | 107:15-16 | Form – vague as to what "self-feed" means given that Almir Trejo has a G-Tube for feeding | Overruled |

---

[1] Inexplicably, the page references cited in the motion are off by one full page from the pagination of the transcript attached as Exhibit A to plaintiff's motion. To eschew further obfuscation, my page references correspond to Exhibit A.

| 6. | 116:7-8 | Vague as to time frame | Overruled |
|---|---|---|---|
| 7. | 120:9 | a) Vague as to what kind of "progress" is being referred to<br>b) Vague as to time frame as to when Almir Trejo might be making "progress" | a) Overruled<br>b) Overruled |
| 8. | 120:21-22 | Collateral source[2] | Overruled |
| 9. | 121:10-11 | a) Foundation – calls for a legal conclusion<br>b) Collateral source | a) Overruled<br>b) Overruled |
| 10. | 121:20-21 | a) Foundation – calls for a legal conclusion<br>b) Collateral source | a) Overruled<br>b) Overruled |
| 11. | 122:10 | Foundation – calls for a legal conclusion | Overruled |
| 12. | 122:18 | Foundation – calls for a legal conclusion | Overruled |
| 13. | 122:24 | Foundation – calls for a legal conclusion | Overruled |
| 14. | 123:4 | Foundation – calls for a legal conclusion | Overruled |
| 15. | 123:10 | Foundation – calls for a legal conclusion | Overruled |
| 16. | 123:25 -124:1 | Collateral source | Overruled |
| 17. | 124:11 | Collateral source | Overruled |
| 18. | 124:20-21 | Collateral source | Sustained |

---

[2] "Collateral source" refers to that rule of Colorado law providing that "compensation or indemnity received by an injured party from a collateral source, wholly independent of the wrongdoer and to which he has not contributed, will not diminish the damages otherwise recoverable from the wrongdoer." *Kistler v. Halsey*, 481 P.2d 722, 724 (Colo. 1971). The rule, which has been abrogated in part by section 13-21-111.6, C.R.S., is subject to certain exceptions even prior to the enactment of that statute, the most relevant of which for present purposes is that providing that "the collateral source rule does not apply to gratuitous benefits received by plaintiffs from governmental sources." *Gomez v. Black*, 511 P.2d 531, 533 (Colo. App. 1973) (citing *Englewood v. Bryant*, 68 P.2f 913 (Colo.1937)).

| | | | |
|---|---|---|---|
| 19. | 125:4 | Collateral source | Sustained |
| 20. | 125:10 | Collateral source | Sustained |
| 21. | 127:22 | Collateral source | Overruled |
| 22. | 128:1 | Collateral source | Overruled |
| 23. | 128:6 | Collateral source | Overruled |
| 24. | 128:9 | Collateral source | Overruled |
| 25. | 128:15 | Collateral source | Overruled |
| 26. | 128:20 | Collateral source | Overruled |
| 27. | 129:2 | Collateral source | Overruled |
| 28. | 129:13-14 | Collateral source | Overruled |
| 29. | 129:20 | Collateral source | Overruled |
| 30. | 130:4 | Collateral source | Overruled |
| 31. | 130:10-11 | Collateral source | Overruled |
| 32. | 130:20-21 | a) Foundation – lacks specificity, does not pertain to Almir Trejo<br>b) Vague as to skills referenced<br>c) Vague as to learning abilities of hypothetical child<br>d) Foundation – lack of knowledge of hypothetical child's abilities | a) Overruled<br>b) Overruled<br>c) Overruled<br>d) Overruled |
| 33. | 135:3-4 | Collateral source | Overruled |
| 34. | 135:8 | Collateral source | Overruled |
| 35. | 135:20 | Form – vague as to what type of addition/skill level | Overruled |
| 36. | 137:18 | Asked and answered | Overruled |
| 37. | 140:8-10 | a) Foundation – witness does not have knowledge of state of mind of committee members in question<br>b) Form – compound | a) Overruled<br>b) Overruled |

| 38. | 141:14 | a) Foundation – requires a legal conclusion<br>b) Form – compound | a) Overruled<br>b) Overruled |
|---|---|---|---|
| 39. | 143:13 | Collateral source | Overruled |
| 40. | 144:7-8 | Collateral source | Overruled |
| 41. | 145:3 | Collateral source | Overruled |
| 42. | 145:23 | Collateral source | Overruled |
| 43. | 146:11 | Collateral source | Overruled |
| 44. | 146:18-19 | Collateral source | Sustained |
| 45. | 147:17-18 | Collateral source | Sustained |
| 46. | 148:6-8 | Collateral source | Sustained |
| 47. | 154:12 | Collateral source | Sustained |
| 48. | 155:14 | a) Foundation – requires witness to know whether a nutritionist is available in the Tacoma public schools<br>b) Foundation – requires a legal conclusion | a) Overruled<br>b) Overruled |
| 49. | 154:24-25 | Collateral source | Sustained |
| 50. | 159:11-13 | a) Foundation – witness has not conducted requisite calculations to answer question<br>b) Amounts referenced in question not adjusted to present value | a) Overruled<br>b) Overruled |
| 51. | 160:17-20 | Misstates previous testimony (160:9-11) | Overruled |
| 52. | 169:22 - 170:2 | a) Foundation – calls for a legal conclusion<br>b) Collateral source<br>c) Move to strike prefatory comment of counsel | a) Overruled<br>b) Sustained<br>c) Overruled |
| 53 | 172:9-10 | Collateral source | Overruled |

| 54. | 172:14 | Collateral source | Overruled |
| --- | --- | --- | --- |
| 55. | 172:20 | Collateral source | Overruled |
| 56. | 172:25 - 173:1 | Collateral source | Overruled |
| 57. | 173:5-6 | Collateral source | Sustained |
| 58. | 173:12-13 | Collateral source | Sustained |
| 59. | 174:4-5 | Collateral source | Sustained |
| 60. | 174:16-17 | Collateral source | Sustained |
| 61. | 174:23 | Collateral source | Sustained |
| 62. | 175:21-22 | Collateral source | Sustained |
| 63. | 178:2-3 | Collateral source | Overruled |
| 64. | 180:7 | Misstates actual numbers of witness's report | Overruled |
| 65. | 181:16 | Form – editorial/argument of counsel | Sustained |
| 66. | 196:15-16 | Collateral source | Overruled |
| 67. | 200:1-4 | Foundation – requires witness to know state of mind of defense attorneys | Overruled |

**THEREFORE, IT IS ORDERED** that **Plaintiff's Request for Rulings on Objections in the Preservation Testimony of Helen Woodard** [#438], filed August 24, 2007, is **GRANTED IN PART** and **DENIED IN PART** consistent with the rulings above.

Dated August 31, 2007, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**

**United States District Judge**