**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

       Plaintiffs,

v.

PELHAM STAPLES, M.D.,

       Defendant.

---

**ORDER DENYING PELHAM STAPLES, M.D.'S MOTION
FOR RULINGS ON OBJECTIONS IN THE DEPOSITION
OF DR. ROBERT L. COOPER**

---

**Blackburn, J.**

       The matter before me is defendant **Pelham Staples, M.D.'s Motion for Rulings on Objections in the Deposition of Dr. Robert. L. Cooper** [#453], filed September 10, 2007.  I deny the motion.

       If defendant's request that I rule on his objections to this deposition were only out of time, which it is, I might consider entertaining it despite its late presentation, as I did with a similar request from plaintiff in the week before trial commenced.  However, defendant inexplicably has chosen to file his objections during the midst of this four-week jury trial.  The court is not required under such circumstances to bear the brunt of a party's lack of diligence in presenting its objections.  Moreover, nearly half of defendant's objections challenge the witness's testimony as being beyond the scope of his endorsement, yet defendant has failed to point the court to any such endorsement

by which it might measure the propriety of the testimony.

**THEREFORE, IT IS ORDERED** that defendant **Pelham Staples, M.D.'s Motion for Rulings on Objections in the Deposition of Dr. Robert. L. Cooper** [#453], filed September 10, 2007, is **DENIED**.

Dated September 13, 2007, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**