**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

**Date: September 17 , 2007**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No.  04-cv-02523-REB-MJW**

| | |
|---|---|
| LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor, | Daniel Lipman
Jim Puga |
| Plaintiff, | |
| v. | |
| PELHAM STAPLES, M.D., | Thomas Kresl
Brian McConaty |
| Defendant. | |

_____

**COURTROOM MINUTES - JURY TRIAL - DAY TWELVE**
_____

**8:35 a.m.      Court in session.**

The jury is not present.

The Defendant calls witness, Ms. Barbara Dean.

The witness is sworn.

| | |
|---|---|
| 8:36 a.m. | Direct examination of the witness, Ms. Barbara Dean, by Mr. Kresl, for the Defendant. |
| 9:15 a.m. | Cross examination of the witness, Ms. Barbara Dean, by Mr. Puga, for the Plaintiff. |
| 9:43 a.m. | Redirect examination of the witness, Ms. Barbara Dean. |

The witness is excused and released from subpoena.

The Defendant calls witness, Dr. Albert Haverkamp.

The witness is sworn.

9:52 a.m.    Direct examination of the witness, Dr. Albert Haverkamp, by Mr. Kresl.

**10:20 a.m.**    **Court in recess.**
**10:35 a.m.**    **Court in session**.

Direct examination of the witness, Dr. Albert Haverkamp, resumes.

**11:52 a.m.**    **Court in recess and shall reconvene at 1:00 p.m.**
**1:03 p.m.**    **Court in session.**

1:04 p.m.    Cross examination of the witness, Dr. Albert Haverkamp, by Mr. Puga, for the Plaintiff.

**2:10 p.m.**    **Court in recess.**
**2:20 p.m.**    **Court in session.**

Cross examination of the witness, Dr. Albert Haverkamp, resumes.

**3:15 p.m.**    **Court in recess.**
**3:30 p.m.**    **Court in session.**

Cross examination of the witness, Dr. Albert Haverkamp, resumes.

3:42 p.m.    Redirect examination of the witness, Dr. Albert Haverkamp.

Exhibit 46-F is published to the jury for demonstrative purposes only.

The witness is excused and released from subpoena.

**4:30 p.m.**    **The Defendant rests.**

The jury is excused.

The Plaintiff informs the Court that they will have rebuttal evidence.

The Plaintiff informs the Court as to the subject matter of rebuttal evidence.

Response by the Defendant.

The Defendant objects to the Plaintiff's rebuttal evidence.

Reply by the Plaintiff.

**4:43 p.m.**    **Court in recess.**

**5:10 p.m.        Court in session.**

The jury is present.

5:15 p.m.        The jury is excused and shall reconvene on Tuesday, September 18, 2007, at 8:30 a.m.

The Court enters Findings of Fact, Conclusions of Law, and orders.

**It was ORDERED:**

1. The Plaintiff's request to provide rebuttal evidence is **granted in part**, that Dr. Gurewitsch and Dr. Wiznitzer may testify by telephone on:

    a.) That Dr. Gurewitsch may testify about one, about how, if at all, the Stallings article rebuts the opinions of Dr. Heyborne about causation and standard of care based on his reading, understanding, and use of the Stallings article.  Two, about how if at all, the Stallings article rebuts the opinion Dr. Haverkamp about the standard of care based on his reading, understanding and use of the Stallings article. Three, to rebut Dr. Haverkamp's opinion about cardiac arrest in Almir Trejo.

    b). That Dr. Wiznitzer may testify on rebuttal in response to Dr. Glass's opinions about the cause and/or significance, if any, of Almir Trejo's head circumference.

2. That these are the discrete and limited areas permitted by the Court for purposes of rebuttal testimony.

**5:25 p.m.        Court in recess and shall reconvene on Tuesday, September 18, 2007, at 8:30 a.m.**

*Total in court time:   6 hours and 32 minutes -Trial continued*