**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

    Plaintiff,

v.

PELHAM STAPLES, M.D.,

    Defendant.

## ORDER OF DISMISSAL AS TO PELHAM STAPLES, M.D.

**Blackburn, J.**

    This matter comes before the court on the **Stipulated Motion for Dismissal With Prejudice of Defendant Pelham Staples, M.D.** [#481], filed October 22, 2007. After careful review of the motion and the file, the court has concluded 1) that the motion should be granted; 2) that the claims of the plaintiff against defendant, Pelham Staples, M.D., should be dismissed with prejudice; and 3) that pursuant to D.C.COLO.LCivR 54.2, the parties should be assessed jury costs.[1]

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion for Dismissal With Prejudice of Defendant Pelham Staples, M.D.** [#481], filed October 22, 2007, is **GRANTED**;

    2. That the claims of the plaintiff against defendant, Pelham Staples, M.D., are

---

[1] D.C.COLO.LCivR 54.2 provides in relevant part: "Likewise, when any civil action is settled during jury trial before verdict, jury costs may be assessed against any of the parties and/or counsel." Plaintiffs and defendant, Pelham Staples, M.D., settled this case during the final day of a fifteen-day jury trial after the court and the parties received word that the jury had reached a verdict, but before the verdict had been received and entered by the court. Considering the totality of relevant circumstances, the plaintiffs and defendant, Staples, should be assessed jury costs in the amount of $12,562 as computed and reported by Joann Garcia, jury commissioner for the United States District Court for the District of Colorado.

**DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That pursuant to D.C.COLO.LCivR 54.2, the plaintiff and defendant, Pelham Staples, M.D., are **ASSESSED JURY COSTS** of $12,562, to be paid jointly and severally by November 26, 2007;

4. That defendant, Pelham Staples, M.D., is **DROPPED** as a party, and the case caption is amended accordingly; and

5. That pursuant to REB Civ. Practice Standard II.J.1., plaintiff **SHALL SPECIFY** by November 26, 2007, which claims, counterclaims, cross-claims, defenses, and parties remain in this civil action.

Dated October 22, 2007, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**