**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 04-cv-02523-REB-MJW

LETICIA TREJO, as Parent and Next Friend of ALMIR TREJO, a minor,

      Plaintiffs,

v.

KATHLEEN FRANKLIN, C.N.M.,
MARGARET WILLETT, C.N.M.,
ROCKY MOUNTAIN MIDWIVES,
BOULDER COMMUNITY HOSPITAL, and
RENE HUBER DUNNE, R.N.,

      Defendants.

---

**ORDER OF DISMISSAL AS TO**
**DEFENDANT KATHLEEN FRANKLIN, C.N.M.**

---

**Blackburn, J.**

This matter comes before the court on the **Defendant Kathleen Franklin's Motion To Dismiss With Prejudice** [#483], filed October 23, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's claims defendant Kathleen Franklin, C.N.M. should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Defendant Kathleen Franklin's Motion To Dismiss With Prejudice** [#483], filed October 23, 2007, is **GRANTED**;

      2.  That plaintiff's claims against defendant Kathleen Franklin, C.N.M., are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendant Kathleen Franklin, C.N.M. is **DROPPED** as a party, and the

case caption is amended accordingly.

Dated October 23, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**