IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02523-REB-MJW

LETICIA TREJO, As Parent and Next Friend of ALMIR TREJO, A Minor,

    Plaintiff,

vs.

MARGARET WILLETT, C.N.M.,
ROCKY MOUNTAIN MIDWIVES, ,
THE COMMUNITY HOSPITAL ASSOCIATION d/b/a BOULDER COMMUNITY HOSPITAL, and
RENE HUBER DUNNE,

    Defendants.

_____

## ORDER FOR JUDGMENT
_____

**Blackburn, J.**

The matter before me is plaintiff's **Stipulated Motion for Entry of Judgment** [#505], filed February 7, 2008. By this motion, plaintiff Leticia Trejo, as Parent and Next Friend of Almir Trejo and defendants, Margaret Willett, C.N.M., and Rocky Mountain Midwives, ask that judgment be entered against Margaret Willett personally and Rocky Mountain Midwives in the amount of $500,000.00. Being advised of the premises, and after reviewing the file in this matter, I find and conclude that the motion is well-taken, and should be granted.

In addition, I note from **Plaintiff's Response to Order To Show Cause (**[#492], filed January 18, 2008), that plaintiff has finalized her settlements with defendants Boulder Community Hospital Association d/b/a Boulder Community Hospital and Rene Huber

Dunne, R.N. f/k/a Rene Huber, and those settlements have been approved in probate. (*See* **Plaintiff's Response to Order To Show Cause** at 1-2, ¶ 2.)  Accordingly, I will also now dismiss with prejudice plaintiff's claims against those defendants.

       **THEREFORE, IT IS ORDERED** as follows:

       1.  That plaintiff's **Stipulated Motion for Entry of Judgment** [#505], filed February 7, 2008, is **GRANTED**;

       2.  That judgment **SHALL ENTER** for plaintiff, Leticia Trejo, as Parent and Next Friend of Almir Trejo, against defendants, Margaret Willett, C.N.M., and Rocky Mountain Midwives, in the stipulated amount of $500,000.00;

       3.  That pursuant to the parties' stipulation, plaintiff shall not now or ever execute or otherwise undertake execution proceedings against Margaret Willett personally or Rocky Mountain Midwives on this judgment;

       4.  That plaintiff's claims against defendants, Boulder Community Hospital Association d/b/a Boulder Community Hospital and Rene Huber Dunne, R.N. f/k/a Rene Huber, are **DISMISSED WITH PREJUDICE**; and

       5.  That this case is **CLOSED**.

       Dated February 8, 2008, at Denver, Colorado.

                                       **BY THE COURT:**

                                       **s/ Robert E. Blackburn**
                                       **Robert E. Blackburn**
                                       **United States District Judge**